UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN BURFORD, ET AL.    CIVIL ACTION NO. 05-0283

VERSUS    JUDGE S. MAURICE HICKS, JR.

CARGILL, INCORPORATED    MAGISTRATE JUDGE HORNSBY

# FINAL JUDGMENT

The Court has reviewed the Special Master's Report and Recommendations filed on July 22, 2013. See Record Document 344. The Court has also reviewed the Memorandum of Class Counsel Regarding Status of Objections to Allocation. See Record Document 347. After reviewing the facts, the memoranda, and the law, the Court concludes that it should adopt the Special Master's Report and Recommendations in full.

Accordingly,

**IT IS ORDERED** that the Motion for Court Approval and Adoption of the Special Master's Report and Recommendation (Record Document 346) be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED:**

1. That the Court adopts the allocations reflected in the spreadsheet attached to the Special Master's Report and Recommendations under seal as Exhibit 2.

2. That the Court denies all other claims (whether they were filed timely or late, and whether they are listed in the attached exhibits or not).

3. That the Court directs the CADA to issue checks in the amounts listed in Exhibit 2, naming as payees the claimants listed in Exhibit 2, and mailing said checks to the claimant addresses as shown in Exhibit 2 (or to the last known address for the claimant).

4. That the Court directs the CADA to commence the distribution of the settlement allocation checks within 20 business days of the date that this Final Judgment is

signed and filed in the record.

5. That the Court directs the CADA to use its discretion to appropriately follow up on settlement allocations that go unclaimed more than 180 days from the date of distribution; that the Court directs the CADA to employ at least one of the following methods of due diligence: direct telephone calls to the contact number provided on the submitted claim form, sending of electronic mail to the email address provided on the submitted claim form, a follow up letter to the claimant informing them of the outstanding allocation amount, or additional address research using paid subscription services to locate the claimant; and that the Court directs the CADA to deliver any unclaimed settlement allocations to the appropriate entity for the state of last known address for the claimant after the passage of one year from the date of distribution.

6. That the Court grants the Special Master and the CADA the authority to determine the appropriate method for distribution of settlement funds to deceased claimants; and that the Court authorizes the Special Master and the CADA to require notarized power of attorney, notarized affidavits of entitlement, court orders, or other court process as well as other appropriate identification as deemed appropriate or necessary.

7. That the Court directs the CADA to disburse the residual amount of $935,564.50 to Cargill, Incorporated.

8. That, in all other respects, the Court adopts the Special Master's Report and Recommendations in full.

The Court will issue an opinion at a later date more fully explaining the reasons for its judgment, particularly its decision directing the CADA to issue checks to the claimants themselves, not to the intermediary entities identified in the Special Master's Report.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 21st day of August, 2013.

*/s/ Maurice Hicks/*
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE